# Third District Court of Appeal
## State of Florida

Opinion filed August 6, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2010
Lower Tribunal No. 21-6457-CA-01
_____

**Ana M. Nunez,**
Appellant,

vs.

**Yospa A. Abin,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Ana M. Nunez, in proper person.

Trust Counsel, PL and Javier Penarredonda and Joshua Levine, for appellee.

Before EMAS, LOGUE and GORDO, JJ.

GORDO, J.

Ana M. Nunez ("Nunez") appeals from a final judgment after a jury trial awarding property rights in favor of Yospa A. Abin ("Abin"). We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(A). Having carefully reviewed the initial brief and record, we affirm on the authority of Florida Rule of Appellate Procedure 9.315(a). See Fla. R. App. P. 9.315(a) ("After service of the initial brief[,] . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated."); Song v. Luo, No. 3D24-0494, 2025 WL 1944880, at *1 (Fla. 3d DCA July 16, 2025).

Affirmed.